MANUEL FERNANDES ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF BRIDGEPORT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 24 Conn. App. 49, is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court should not have sustained the appeal because there had been no material change of circumstances since the denial of a previous application concerning the same property?

"2. Was the record before the Appellate Court adequate for the purpose of considering the plaintiffs' claim that the variance was granted in violation of certain provisions of the Bridgeport zoning regulations?"

*J. Roger Shull,* in support of the petition.

Decided April 18, 1991

STATE OF CONNECTICUT *v.* DAVID FARR

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 259, is denied.

*Arthur P. Meisler,* in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided April 18, 1991